**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC,

    Plaintiff,

  v.

PROOFPOINT INC, et al.,

    Defendants.
/

No. C 13-05808 WHA

**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES RELATED TO PLAINTIFF'S MOTION TO STRIKE**

In December 2013, this patent-infringement action was filed. In March 2013, plaintiff moved to strike defendants' second, third, fifth, eighth, ninth, and eleventh affirmative defenses, noticed for April 10 (Dkt. No. 32). The parties have recently filed a joint stipulation proposing that defendants respond to plaintiff's motion by **MARCH 24**, plaintiff reply by **MARCH 31**, and the hearing be continued to **APRIL 24**. The extension is requested to "provide additional time for the parties to meet and confer regarding possible resolution . . . by amendment of Defendants' answer" and because Attorney Jennifer A. Kash is "unavailable" on April 10. Mere unexplained unavailability is insufficient. Nevertheless, since the parties state a good-faith interest in further meeting and conferring to resolve their disputes, the joint stipulation is **GRANTED** (Kash Decl. ¶ 2). The parties' initial case management conference set for **APRIL 3** remains on calendar.

**IT IS SO ORDERED.**

Dated: March 14, 2014.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE