United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC,

    Plaintiff,

  v.

PROOFPOINT INC, et al.,

    Defendants.

No. C 13-05808 WHA

**ORDER DENYING AS MOOT MOTION TO STRIKE AFFIRMATIVE DEFENSES**

On March 3, plaintiff filed a motion to strike certain affirmative defenses (Dkt. No. 32). Pursuant to a stipulation and order, defendants filed an amended answer on March 24 (Dkt. No. 37). Plaintiff thereafter withdrew its motion to strike (Dkt. No. 38). Accordingly, the motion to strike is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: March 25, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE