## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date:  April 3, 2014                                  Total Hearing Time: 6 minutes

Case No.  C13-05808 WHA

Title: FINJAN INC v. PROOFPOINT, INC

Plaintiff Attorney(s): Paul Andre; Lisa Kobialka

Defense Attorney(s): Jennifer Kash; Iman Lordgooei

Deputy Clerk:  Dawn Toland                    Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)  CMC - HELD

2)  

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Bench Trial

**ORDERED AFTER HEARING:**

Parties were given time to review a draft scheduling order.  Court shall issue a case management order.