UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FINJAN, INC., | |
|---|---|
| Plaintiff, | Case No. 13-cv-05808-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| PROOFPOINT, INC., et al., | |
| Defendants. | |

On June 12, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | 01/11/2016 at 9:00 am. |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2   are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4   orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT Claims Construction Tutorial is set for 04/17/2015 at
6   9:00 am.
7   IT IS FURTHER ORDERED THAT Claims Construction Hearing is set for 05/08/2015 at
8   9:00 am.
9   IT IS FURTHER ORDERED THAT the parties are to meet, confer and submit a stipulated
10  proposed schedule leading to Claims Construction.

Dated: June 12, 2014

_____
BETH LABSON FREEMAN
United States District Judge