UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>PROOFPOINT, INC., et al.,<br><br>        Defendants. | Case No.  13-cv-05808-BLF<br><br>**ORDER REINSTATING CASE SCHEDULE**<br><br>[Re: ECF 98, 99, 106] |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The scheduling order issued in the above-captioned case on November 14, 2014, and as modified by the November 17, 2014 Clerk's Notice, is hereby REINSTATED.

**IT IS SO ORDERED.**

Dated: December 2, 2014

_____
BETH LABSON FREEMAN
United States District Judge