PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROOFPOINT, INC. and ARMORIZE TECHNOLOGIES, INC.,<br><br>Defendants. | Case No.: 5:13-cv-05808-HSG<br><br>**DECLARATION OF KRISTOPHER KASTENS IN SUPPORT OF PLAINTIFF FINJAN, INC.'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>Date:     June 24, 2015<br>Time:    10:00 AM<br>Place:    Courtroom 15 – 18th Floor<br>Before:  Hon. Haywood S. Gilliam Jr. |

I, Kristopher Kastens, declare and state as follows:

1. I am an attorney with the law firm of Kramer Levin Naftalis & Frankel LLP, counsel for Plaintiff Finjan, Inc. ("Finjan"). I have personal knowledge of the facts stated herein and can testify competently to those facts. I make this declaration in support of Finjan's Opening Claim Construction Brief.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,154,844, produced bearing bates numbers FINJAN-PP 000001 – 17.

3. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 7,058,822, produced bearing bates numbers FINJAN-PP 000228 – 52.

4. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 7,613,918, produced bearing bates numbers FINJAN-PP 000583 – 97.

5. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 7,647,633, produced bearing bates numbers FINJAN-PP 000873 – 98.

6. Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No. 7,975,305, produced bearing bates numbers FINJAN-PP 001159 – 91.

7. Attached hereto as Exhibit 6 is a true and correct copy of U.S. Patent No. 8,079,086, produced bearing bates numbers FINJAN-PP 001721 – 45.

8. Attached hereto as Exhibit 7 is a true and correct copy of U.S. Patent No. 8,141,154, produced bearing bates numbers FINJAN-PP 002214 – 28.

9. Attached hereto as Exhibit 8 is a true and correct copy of U.S. Patent No. 8,225,408, produced bearing bates numbers FINJAN-PP 002458 – 79.

10. Attached hereto as Exhibit 9 is a true and correct copy of U.S. Patent No. 6,804,780, produced bearing bates numbers FINJAN-PP 131222 – 39.

11. Attached hereto as Exhibit 10 is a true and correct copy of a document titled "Final Joint Claim Construction Chart", served on August 24, 2007, in the matter *Finjan vs. Secure Computing*, Civil Action No. 06-369 (GMS) (D. Del.).

DECLARATION OF KRISTOPHER KASTENS IN SUPPORT       CASE NO. 5:13-cv-05808-HSG
OF FINJAN'S OPENING CLAIM CONSTRUCTION BRIEF

12. Attached hereto as Exhibit 11 is a true and correct copy of a document titled "Order Construing Claims in U.S. Patent Nos. 6,154,844; 7,058,822; 7,418,731; 7,647,633", filed on October 20, 2014, in the matter *Finjan vs. Blue Coat,* Case No. 13-cv-03999-BLF (N.D. Cal.).

13. Attached hereto as Exhibit 12 is a true and correct copy of page 165 from the *IBM Dictionary of Computing* (McGraw-Hill 1994), produced bearing bates numbers FINJAN-PP 131932 – 34.

14. Attached hereto as Exhibit 13 is a true and correct copy of a document titled "Claim Construction Order", filed on March 2, 2015, in the matter *Finjan v. Sophos*, Case No. 14-cv-01197-WHO (N.D. Cal.).

15. Attached hereto as Exhibit 14 is a true and correct copy of a document titled "Websense, Inc.'s Preliminary Claim Constructions Pursuant to Patent L.R. 4-2", served on July 29, 2014 in the case *Finjan v. Websense*, Case No. 13-cv-04398-BLF (N.D. Cal.).

16. Attached hereto as Exhibit 15 is a true and correct copy of a document titled "Exhibit F-25 – Invalidity Contention for U.S. Patent No. 8,079,086," an attachment to Defendants' Invalidity Contentions Pursuant to Patent Local Rule 3-3, served on June 9, 2014.

17. Attached hereto as Exhibit 16 is a true and correct copy of a document titled "Decision on Appeal" filed on October 10, 2014, in the matter *Ex parte Horst Sonnendorfer and Franz Wieth*, Appeal No. 2012-007103 (P.T.A.B.).

18. Attached hereto as Exhibit 17 is a true and correct copy of a document titled "Order Ruling on Claim Construction Arguments" filed on September 27, 2008, Docket No. 550, in the matter *Dealertrack v. Huber,* Case No. 06-2335 AG-FMO (C.D. Cal.).

19. Attached hereto as Exhibit 18 is a true and correct copy of an Office Action dated June 15, 2010, from the File History of U.S. Patent No. 7,975,305, produced bearing bates numbers FINJAN-PP 001245 – 58.

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the State of California and the United States |
| 2 | that each of the foregoing statements is true and correct. |
| 3 | Executed on May 1, 2015, in Menlo Park, California. |

_/s/ Kris Kastens_
Kris Kastens

Attestation

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained by any other signatory to this document.

_/s/ James Hannah_
James Hannah

3

DECLARATION OF KRISTOPHER KASTENS IN SUPPORT                CASE NO. 5:13-cv-05808-HSG
OF FINJAN'S OPENING CLAIM CONSTRUCTION BRIEF