# EXHIBIT A-1
# FILED UNDER SEAL

# EXHIBIT A-2
# FILED UNDER SEAL

# EXHIBIT A-3
# FILED UNDER SEAL

# EXHIBIT A-4
# FILED UNDER SEAL

# EXHIBIT B-1
# FILED UNDER SEAL

# EXHIBIT B-2
# FILED UNDER SEAL

# EXHIBIT B-3
# FILED UNDER SEAL

# EXHIBIT B-4
# FILED UNDER SEAL

# EXHIBIT B-5
# FILED UNDER SEAL

# EXHIBIT C-1
# FILED UNDER SEAL

# EXHIBIT D-1
# FILED UNDER SEAL

# EXHIBIT D-2
# FILED UNDER SEAL

# EXHIBIT D-3
# FILED UNDER SEAL

# EXHIBIT D-4
# FILED UNDER SEAL

# EXHIBIT D-5
# FILED UNDER SEAL

# EXHIBIT E-1
# FILED UNDER SEAL

# EXHIBIT E-2
# FILED UNDER SEAL

# EXHIBIT E-3
# FILED UNDER SEAL

# EXHIBIT E-4
# FILED UNDER SEAL

# EXHIBIT E-5
# FILED UNDER SEAL

# EXHIBIT F-1
# FILED UNDER SEAL

# EXHIBIT F-2
# FILED UNDER SEAL

# EXHIBIT G-1
# FILED UNDER SEAL

# EXHIBIT G-2
# FILED UNDER SEAL

# EXHIBIT H-1
# FILED UNDER SEAL

# EXHIBIT H-2
# FILED UNDER SEAL

# EXHIBIT H-3
# FILED UNDER SEAL

# EXHIBIT H-4
# FILED UNDER SEAL

# EXHIBIT H-5
# FILED UNDER SEAL

# EXHIBIT I
# FILED UNDER SEAL