PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Counsel for Plaintiff*
FINJAN, INC.

JENNIFER A KASH (Bar No. 203679)
jenniferkash@quinnemanuel.com
SEAN PAK (Bar No. 219032)
seanpak@quinnemanuel.com
IMAN LORDGOOEI (Bar No. 251320)
imanlordgooei@quinnemanuel.com
SAM STAKE (Bar No. 257916)
samstake@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendants*
PROOFPOINT, INC. and ARMORIZE
TECHNOLOGIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> PROOFPOINT, INC. and ARMORIZE TECHNOLOGIES, INC., <br><br> Defendants. | Case No.: 13-CV-05808-HSG <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR CERTAIN DISCOVERY** <br><br> Trial Date:     March 7, 2016 |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Finjan, Inc. and Defendants Proofpoint, Inc. and Armorize Technologies, Inc. (collectively, "the Parties"), by and through their respective counsel, hereby stipulate to the following request to modify the case schedule as follows:

WHEREAS, the close of fact discovery in this matter was scheduled for September 2, 2015;

WHEREAS, the Parties have exchanged written discovery requests and responses, propounded third-party discovery, and noticed and scheduled depositions in conformance with the September 2, 2015 deadline;

WHEREAS, certain discovery that was requested during the fact discovery period has not yet been completed. The following is a description of this discovery:

- Defendants are continuing to produce documents pursuant to Finjan's requests for production and intend to provide a rolling production to be completed on or before September 17, 2015;

- Finjan has been working with third parties to obtain consent to produce certain documents that it contends are subject to confidentiality obligations with those third parties, and Finjan intends to produce these documents on or before September 11, 2015;

- Defendants have been working with third party Trustwave Holdings, Inc. ("Trustwave") for Trustwave to produce documents pursuant to a subpoena served by Defendants, and Trustwave has indicated that it intends to produce these documents by September 14, 2015;

- Defendants have been working with third party Trustwave for Trustwave to provide a deposition pursuant to a subpoena served by Defendants, and Trustwave has indicated that it intends to provide this deposition by September 21, 2015;

- Defendants have been working with third party Trend Micro Incorporated ("Trend Micro") for Trend Micro to produce documents pursuant to a subpoena served by Defendants, and Trend Micro has indicated that it intends to produce these documents by September 16, 2015;

- Finjan has been working with third party TechValidate Software ("TechValidate") to produce documents pursuant to a subpoena served by Finjan, and TechValidate has indicated that it intends to produce these documents by September 11, 2015;

- Defendants took the deposition of third party witness, Mr. David Kroll, on September 4, 2015, due to Mr. Kroll's unavailability on prior dates proposed by Defendants;

1

- The parties have been working together to resolve certain discovery disputes, which may result in additional discovery being provided.

WHEREAS, the parties have agreed, subject to the Court's approval, to extend the fact discovery deadline for the limited purpose of completing the fact discovery set forth above;

WHEREAS, the parties have agreed, subject to the Court's approval, to extend the deadline to file motions to compel fact discovery pursuant to Civil Local Rule 37-3 from September 9, 2015 to September 24, 2015;

WHEREAS, the parties have agreed, subject to the Court's approval, to extend the deadline for opening expert reports from September 23, 2015 to October 7, 2015, the deadline for rebuttal expert reports from October 14, 2015 to October 28, 2015, and the close of expert discovery from October 28, 2015 to November 6, 2015;

WHEREAS, the parties have agreed, subject to the Court's approval, to extend the deadline for the parties to file motions for summary judgment from November 11, 2015 to November 13, 2015;

WHEREAS, trial in this matter is scheduled to begin on March 7, 2016;

WHEREAS, the requested extensions described above should not have any material effect on the schedule in this case;

NOW THEREFORE, the Parties hereby stipulate to and request (1) an extension of time to conduct fact discovery, in order to complete the discovery described above, (2) an extension of the deadline to file motions to compel fact discovery from September 9, 2015 to September 24, 2015, (3) an extension of the deadline to exchange opening expert reports from September 23, 2015 to October 7, 2015, (4) an extension of the deadline to exchange rebuttal expert reports from October 14, 2015 to October 28, 2015, (5) an extension of the deadline to complete expert discovery from October 28, 2015 to November 6, 2015, and (6) an extension of the deadline for the parties to file motions for summary judgment from November 11, 2015 to November 13, 2015.

2

STIPULATION AND [PROPOSED] ORDER EXTENDING              Case No.: 13-CV-05808-HSG
TIME FOR CERTAIN DISCOVERY

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  September 9, 2015        By: */s/ Paul J. Andre*
                                         Paul J. Andre (SBN 196585)
                                         Lisa Kobialka (SBN 191404)
                                         James Hannah (SBN 237978)
                                         KRAMER LEVIN NAFTALIS
                                           & FRANKEL LLP
                                         990 Marsh Road
                                         Menlo Park, CA  94025
                                         Telephone:  (650) 752-1700
                                         Facsimile:   (650) 752-1800
                                         pandre@kramerlevin.com
                                         lkobialka@kramerlevin.com
                                         jhannah@kramerlevin.com

                                         *Counsel for Plaintiff*
                                         FINJAN, INC.

                                         Respectfully submitted,

Dated:  September 9, 2015        By: */s/ Jennifer A. Kash*
                                         Jennifer A Kash (Bar No. 203679)
                                         Sean Pak (Bar No. 219032)
                                         Iman Lordgooei (Bar No. 251320)
                                         Sam Stake (Bar No. 257916)
                                         QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
                                         50 California Street, 22nd Floor
                                         San Francisco, California 94111-4788
                                         Telephone: (415) 875-6600
                                         Facsimile: (415) 875-6700
                                         jenniferkash@quinnemanuel.com
                                         seanpak@quinnemanuel.com
                                         imanlordgooei@quinnemanuel.com
                                         samstake@quinnemanuel.com
                                         *Counsel for Defendants*
                                         PROOFPOINT, INC. and ARMORIZE
                                         TECHNOLOGIES, INC.

3

STIPULATION AND [PROPOSED] ORDER EXTENDING            Case No.: 13-CV-05808-HSG
TIME FOR CERTAIN DISCOVERY

**ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                      */s/ Paul J. Andre*
                       Paul J. Andre

4

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

(1) The fact discovery deadline is hereby extended for the limited purpose of completing the discovery listed in the above Stipulation;

(2) The deadline for opening expert reports is extended from September 23, 2015, to October 7, 2015;

(3) The deadline for rebuttal expert reports is extended from October 14, 2015, to October 28, 2015;

(4) The close of expert discovery is extended from October 28, 2015, to November 6, 2015;

(5) The deadline to file motions to compel fact discovery is hereby extended from September 9, 2015 to September 24, 2015, and

(6) The deadline for the parties to file motions for summary judgment is hereby extended from November 11, 2015 to November 13, 2015.

DATED: September 10, 2015

*Haywood S. Gilliam Jr.*
The Honorable Haywood S Gilliam, Jr.
United States District Judge