| | |
|---|---|
| PAUL J. ANDRE (State Bar No. 196585)<br>pandre@kramerlevin.com<br>LISA KOBIALKA (State Bar No. 191404)<br>lkobialka@kramerlevin.com<br>JAMES HANNAH (State Bar No. 237978)<br>jhannah@kramerlevin.com<br>KRAMER LEVIN NAFTALIS<br>  & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:  (650) 752-1700<br>Facsimile:  (650) 752-1800<br><br>*Counsel for Plaintiff*<br>FINJAN, INC. | JENNIFER A KASH (Bar No. 203679)<br>jenniferkash@quinnemanuel.com<br>SEAN PAK (Bar No. 219032)<br>seanpak@quinnemanuel.com<br>IMAN LORDGOOEI (Bar No. 251320)<br>imanlordgooei@quinnemanuel.com<br>SAM STAKE (Bar No. 257916)<br>samstake@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>*Counsel for Defendants*<br>PROOFPOINT, INC. and ARMORIZE<br>TECHNOLOGIES, INC. |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PROOFPOINT, INC. and ARMORIZE TECHNOLOGIES, INC.,<br><br>　　　　　Defendants. | Case No.: 13-CV-05808-HSG<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR EXPERT DISCOVERY**<br><br>Trial Date:　　March 7, 2016 |

---

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING　　　　Case No.: 13-CV-05808-HSG
TIME FOR EXPERT DISCOVERY

1  Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Finjan, Inc. and Defendants
2  Proofpoint, Inc. and Armorize Technologies, Inc. (collectively, "the Parties"), by and through their
3  respective counsel, have met and conferred in an effort to agree upon a modified schedule for expert
4  discovery and have stipulated as follows:
5  WHEREAS, the opening and rebuttal expert reports in this matter were scheduled to be
6  exchanged respectively on October 7, 2015 and October 28, 2015;
7  WHEREAS, the completion of the expert discovery in this matter was scheduled on November
8  6, 2015;
9  WHEREAS, the Parties stipulated to extend the dates for the exchange of opening expert
10 reports, rebuttal expert reports and the completion of expert discovery;
11 WHEREAS, such extension was necessary to accommodate scheduling issues of the various
12 experts in this matter such as teaching schedules or (in one case) medical issues;
13 WHEREAS, the Parties stipulated to extend the deadline for exchanging opening expert reports
14 to October 14, 2015 and opening expert reports were served on that date;
15 WHEREAS, the Parties stipulated to extend the deadline for exchanging rebuttal expert reports
16 to November 4, 2015;
17 WHEREAS, the Parties have stipulated that expert discovery will be extended to November 13,
18 2015, and damages expert discovery to November 20, 2015;
19 NOW THEREFORE, the Parties hereby stipulate to and request (1) an extension of the
20 deadline to exchange opening expert reports from October 7, 2015 to October 14, 2015, (2) an
21 extension of the deadline to exchange rebuttal expert reports from October 28, 2014 to November 4,
22 2015, and (3) an extension of the completion of expert discovery from November 6, 2015 to November
23 13, 2015 for technical expert discovery and November 20, 2015 for damages expert discovery.
24 **IT IS SO STIPULATED.**

STIPULATION AND [PROPOSED] ORDER EXTENDING                    Case No.: 13-CV-05808-HSG
TIME FOR CERTAIN DISCOVERY

                                                        Respectfully submitted,

Dated:  October 30, 2015           By: */s/ James Hannah*
                                                    Paul J. Andre (SBN 196585)
                                                    Lisa Kobialka (SBN 191404)
                                                    James Hannah (SBN 237978)
                                                    KRAMER LEVIN NAFTALIS
                                                      &amp; FRANKEL LLP
                                                    990 Marsh Road
                                                    Menlo Park, CA  94025
                                                    Telephone:  (650) 752-1700
                                                    Facsimile:  (650) 752-1800
                                                    pandre@kramerlevin.com
                                                    lkobialka@kramerlevin.com
                                                    jhannah@kramerlevin.com

                                                    *Counsel for Plaintiff*
                                                    FINJAN, INC.

                                                    Respectfully submitted,

Dated:  October 30, 2015           By: */s/ Jennifer Kash*
                                                      Jennifer A Kash (Bar No. 203679)
                                                    Sean Pak (Bar No. 219032)
                                                    Iman Lordgooei (Bar No. 251320)
                                                    Sam Stake (Bar No. 257916)
                                                    QUINN EMANUEL URQUHART &amp;
                                                    SULLIVAN, LLP
                                                    50 California Street, 22nd Floor
                                                    San Francisco, California 94111-4788
                                                    Telephone: (415) 875-6600
                                                    Facsimile: (415) 875-6700
                                                    jenniferkash@quinnemanuel.com
                                                    seanpak@quinnemanuel.com
                                                    imanlordgooei@quinnemanuel.com
                                                    samstake@quinnemanuel.com
                                                    *Counsel for Defendants*
                                                    PROOFPOINT, INC. and ARMORIZE
                                                    TECHNOLOGIES, INC.

2

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING      Case No.: 13-CV-05808-HSG
TIME FOR CERTAIN DISCOVERY

**ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                    */s/ James Hannah*
                                      James Hannah

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

(1) The deadline for opening expert reports is extended from October 7, 2015, to October 14, 2015;

(2) The deadline for rebuttal expert reports is extended from October 28, 2014 to November 4, 2015; and

(3) The close of expert discovery is extended from November 6, 2015, to November 13, 2015 for technical expert discovery and to November 20, 2015 for damages expert discovery.

DATED: November 2, 2015

The Honorable Haywood S. Gilliam, Jr.
United States District Judge