PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
HANNAH LEE (State Bar No. 253197)
hlee@kramerlevin.com
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> PROOFPOINT, INC., and ARMORIZE TECHNOLOGIES, INC., <br><br> Defendants. | Case No.: 13-cv-05808-HSG <br><br> **ORDER GRANTING PLAINTIFF FINJAN, INC.'S UNOPPOSED MOTION TO SHORTEN TIME FOR HEARING ON FINJAN, INC.'s MOTION TO REQUIRE DEFENDANTS TO CONFORM TO THE COURT'S NOVEMBER 14, 2014 CASE MANAGEMENT ORDER AND STRIKE THEORIES NOT DISCLOSED IN INVALIDITY CONTENTIONS** |

1    Plaintiff Finjan, Inc.'s ("Finjan") Unopposed Motion to Shorten Time for Hearing on Finjan's

2    Motion to Require Defendants to Conform to the Court's November 14, 2014 Case Management

3    Order and Strike Theories Not Disclosed in Invalidity Contentions ("Finjan's Motion") was brought

4    before this Court.  Upon consideration of Finjan's Motion, the Declaration of Hannah Lee filed in

5    support of the motion, and the case file in this action, the Court finds there to be good cause to grant

6    Finjan's Motion.

7         Therefore, Finjan's Motion to Shorten Time is **GRANTED**.  Finjan's Motion will be heard on

8

9    December 17, 2015, and the parties shall comply with the following briefing schedule:

10

11        ✦  November 20, 2015: Finjan files Motion

          ✦  December 4, 2015: Deadline for Defendants' Opposition to Motion
12
          ✦  December 7, 2015: Deadline for Finjan's Reply to Motion
13

14   **IT IS SO ORDERED.**

15

16   DATED:  <u>November 24, 2015</u>                     _Haywood S. Gill, Jr._

                                                Honorable Haywood S. Gilliam, Jr.
17                                              United States District Judge

18

19

20

21

22

23

24

25

26

27

28
                                    1