QUINN EMANUEL URQUHART & SULLIVAN, LLP
Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
Sam Stake (Bar No. 257916)
samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for Defendants PROOFPOINT, INC.
and ARMORIZE TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>             Plaintiff,<br><br>      vs.<br><br>PROOFPOINT, INC. AND ARMORIZE TECHNOLOGIES, INC.,<br><br>             Defendants. | Case No. 3:13-CV-05808-HSG<br><br>**DECLARATION OF SAM STAKE IN SUPPORT OF PROOFPOINT INC. AND ARMORIZE TECHNOLOGIES, INC.'S OPPOSITION TO PLAINTIFF FINJAN, INC.'S MOTION TO REQUIRE DEFENDANTS TO CONFORM TO THE COURT'S NOVEMBER 14, 2014 CASE MANAGEMENT ORDER AND STRIKE THEORIES NOT DISCLOSED IN INVALIDITY CONTENTIONS** |

I, Sam Stake, declare as follows:

1. I am an attorney licensed in good standing in the State of California, and have filed a notice of appearance in this Court in this litigation. (Dkt. No. 111.)

2. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, and I represent Proofpoint, Inc. and Armorize Technologies, Inc. (collectively "Proofpoint"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify to such facts under oath.

3. I submit this declaration in support of Proofpoint's Opposition to Plaintiff Finjan, Inc.'s Motion To Require Defendants To Conform to the Court's November 14, 2014 Case Management Order and Strike Theories not Disclosed in Invalidity Contentions.

4. Attached hereto as **Exhibit A** is a true and correct copy of the cover pleading to Proofpoint's June 8, 2015 supplemental invalidity contentions.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in San Francisco, CA on December 4, 2015.

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____
Sam Stake
Attorneys for Defendants PROOFPOINT, INC.
and ARMORIZE TECHNOLOGIES, INC.

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Sam Stake.

*/s/ Jennifer Kash*
Jennifer Kash