UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., <br> Plaintiff, <br> v. <br> PROOFPOINT, INC., et al., <br> Defendants. | Case No. 13-cv-05808-HSG <br><br> **ORDER DENYING PLAINITFF'S ADMINISTRATIVE MOTION TO SEAL** <br> Re: Dkt. No. 235 |

On November 20, 2015, Plaintiff filed an administrative motion to file under seal Exhibit 1 to Declaration of Aakash Jariwala in Support of Finjan's Motion to Require Defendants' to Conform to the Court's November 14, 2014 Case Management Order. Dkt. No. 235. Exhibit 1 contains excerpts to an expert report, which Defendants designated as confidential. Dkt. No. 235-1 at 1.

However, Defendants have failed to file a declaration within four days of the filing of the motion to seal, as required by Civil Local Rule 79-5(e)(1). The Court therefore finds that the information designated as confidential by Defendant and contained in the attached exhibit sought to be sealed is not sealable information. Accordingly, Plaintiff's motion to seal the exhibit attached to its motion is **DENIED**.

Pursuant to Civil Local Rule 79-5(e)(2), Plaintiff may file an unredacted version of the document in the public record no earlier than four days and no later than ten days after the date of this Order.  The Court will be unable to consider Exhibit 1 unless Plaintiff timely files an unredacted version.

**IT IS SO ORDERED.**

Dated:  12/18/2015

                                                                                                          _____
HAYWOOD S. GILLIAM, JR.
United States District Judge