1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Jennifer A. Kash (Bar No. 203679)
2  jenniferkash@quinnemanuel.com
   Sean Pak (Bar No. 219032)
3  seanpak@quinnemanuel.com
   Iman Lordgooei (Bar No. 251320)
4  imanlordgooei@quinnemanuel.com
   Sam Stake (Bar No. 257916)
5  samstake@quinnemanuel.com
   50 California Street, 22nd Floor
6  San Francisco, California 94111-4788
   Telephone: (415) 875-6600
7  Facsimile: (415) 875-6700

8  Attorneys for Defendants PROOFPOINT, INC.
   and ARMORIZE TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., | Case No. 3:13-CV-05808-HSG |
| Plaintiff, | **PROOFPOINT INC. AND ARMORIZE TECHNOLOGIES, INC.'S NOTICE OF WITHDRAWAL OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE ADDITIONAL MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| PROOFPOINT, INC. AND ARMORIZE TECHNOLOGIES, INC., | |
| Defendants. | |

Proofpoint, Inc. and Armorize Technologies, Inc. (collectively "Proofpoint") hereby withdraw Proofpoint's Administrative Motion For Leave To File Additional Motion for Summary Judgment ("Motion For Leave"), filed on November 14, 2015 (Dkt. No. 231). In light of the Court's guidance regarding amended dispositive motions at the December 17, 2015 motion hearing, and subsequent minute entry granting Defendants leave to file an amended dispositive motion (see Dkt. No. 285), Proofpoint's Motion For Leave To File Additional Motion for Summary Judgement is now mooted. Accordingly, Proofpoint respectfully withdraws the motion.

Respectfully submitted,

Dated: December 18, 2015

By: */s/ Jennifer A. Kash*
Jennifer A. Kash (Bar No. 203679)
Sean Pak (Bar No. 219032)
Iman Lordgooei (Bar No. 251320)
Sam Stake (Bar No. 257916)
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875 6600
Facsimile: (415) 875 6700
jenniferkash@quinnemanuel.com
seanpak@quinnemanuel.com
imanlordgooei@quinnemanuel.com
samstake@quinnemanuel.com

*Attorneys for Defendants*
PROOFPOINT, INC. AND ARMORIZE TECHNOLOGIES, INC..