UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

        Plaintiff,

   v.

PROOFPOINT, INC., et al.,

        Defendants.

Case No. 13-cv-05808-HSG

**ORDER**

    For all future briefing (including the upcoming summary judgment motions), the parties are directed to include a *specific* pin cite for each citation to an exhibit. If specification is possible at a more detailed level (i.e., paragraph number, line or section), the parties must do so. Citations in the nature of "see generally" with reference to an entire exhibit are unacceptable, and the Court will not consider any citations that do not at a minimum cite to a particular page.

    **IT IS SO ORDERED.**

Dated: 2/16/16

HAYWOOD S. GILLIAM, JR.
United States District Judge