PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
HANNAH LEE (State Bar No. 253197)
hlee@kramerlevin.com
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Counsel for Plaintiff*
FINJAN, INC.

JENNIFER A KASH (Bar No. 203679)
jenniferkash@quinnemanuel.com
SEAN PAK (Bar No. 219032)
seanpak@quinnemanuel.com
IMAN LORDGOOEI (Bar No. 251320)
imanlordgooei@quinnemanuel.com
SAM STAKE (Bar No. 257916)
samstake@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendants*
PROOFPOINT, INC. and ARMORIZE
TECHNOLOGIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>PROOFPOINT, INC. and ARMORIZE TECHNOLOGIES, INC.,<br><br>          Defendants. | Case No.: 13-CV-05808-HSG<br><br>**STIPULATION AND ORDER REGARDING PRETRIAL CONFERENCE AND PRETRIAL DEADLINES**<br><br>Trial Date:     June 13, 2016 |

STIPULATION AND [PROPOSED] ORDER REGARDING             Case No.: 13-CV-05808-HSG
PRETRIAL CONFERENCE AND DEADLINES

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Finjan, Inc. and Defendants Proofpoint, Inc. and Armorize Technologies, Inc. (collectively, "the Parties"), by and through their respective counsel, have met and conferred in an effort to agree upon a modified schedule for pre-trial deadlines. In conjunction with this modified schedule, the Parties respectfully request the Court move the Pretrial Conference from May 10, 2016 to May 24, 2016 and extend the pretrial deadlines set forth below. The Parties stipulate as follows:

WHEREAS, the trial in this matter is currently scheduled for June 13, 2016;

WHEREAS, the Pretrial Conference is currently scheduled for May 10, 2016;

WHEREAS the hearing for motions on summary judgment is currently scheduled for March 31, 2016;

WHEREAS, the parties have made substantial effort to work together in good faith to stipulate to extending existing pre-trial deadlines without altering the existing trial date in order to potentially narrow the issues in dispute and streamline their *Daubert,* motions in limine, and pre-trial submissions to the Court;

WHEREAS, the Parties respectfully request the Court re-schedule the following pre-trial deadlines:

| Original Deadline | Stipulated Proposed New Deadline | Event |
|---|---|---|
| April 5, 2016 | April 15, 2016 | Opening *Daubert* Motions due |
| April 19, 2016 | April 28, 2016 | Motions *in limine* due |
| April 19, 2016 | May 3, 2016 | Oppositions to *Daubert* Motions |
| April 26, 2016 | May 5, 2016 | Oppositions to motions in limine due |
| April 26, 2016 | May 10, 2016 | Reply *Daubert* Motions and Joint pretrial statement and proposed order, proposed jury instructions, proposed voir dire questions, witness list, proposed verdict forms, proposed statement of the case, and trial briefs due |
| April 27, 2016 | May 11, 2016 by noon | Courtesy copy of binders of pretrial filings due |
| May 10, 2016 | May 24, 2016 | Pretrial Conference and *Daubert,* motions *in limine*, hearing |

NOW THEREFORE, the Parties hereby stipulate to and respectfully request (1) the Pretrial Conference be rescheduled for May 24, 2016; (2) pretrial submissions deadlines be set as stipulated

1

STIPULATION AND [PROPOSED] ORDER REGARDING        Case No.: 13-CV-05808-HSG
PRETRIAL CONFERENCE AND DEADLINES

1  and proposed in the table above.

2  **IT IS SO STIPULATED.**

3

4                                                        Respectfully submitted,

5  Dated:  March 24, 2016                 By: */s/ Hannah Lee*
                                               Paul J. Andre (SBN 196585)
6                                              Lisa Kobialka (SBN 191404)
                                               James Hannah (SBN 237978)
7                                              Hannah Lee (SBN 253197)
                                               KRAMER LEVIN NAFTALIS
8                                                & FRANKEL LLP
                                               990 Marsh Road
9                                              Menlo Park, CA  94025
                                               Telephone:  (650) 752-1700
10                                             Facsimile:   (650) 752-1800
                                               pandre@kramerlevin.com
11                                             lkobialka@kramerlevin.com
                                               jhannah@kramerlevin.com
12                                             hlee@kramerlevin.com
                                               *Counsel for Plaintiff*
13                                             FINJAN, INC.

14

15                                                        Respectfully submitted,

16 Dated:  March 24, 2016                 By: */s/ Jennifer Kash*
                                               Jennifer A Kash (Bar No. 203679)
17                                             Sean Pak (Bar No. 219032)
                                               Iman Lordgooei (Bar No. 251320)
18                                             Sam Stake (Bar No. 257916)
                                               QUINN EMANUEL URQUHART &
19                                               SULLIVAN, LLP
                                               50 California Street, 22nd Floor
20                                             San Francisco, California 94111-4788
                                               Telephone: (415) 875-6600
21                                             Facsimile: (415) 875-6700
                                               jenniferkash@quinnemanuel.com
22                                             seanpak@quinnemanuel.com
                                               imanlordgooei@quinnemanuel.com
23                                             samstake@quinnemanuel.com
                                               *Counsel for Defendants*
24                                             PROOFPOINT, INC. and ARMORIZE
                                               TECHNOLOGIES, INC.
25

26

27

28                                                        2

---

STIPULATION AND [PROPOSED] ORDER REGARDING          Case No.: 13-CV-05808-HSG
PRETRIAL CONFERENCE AND DEADLINES

**ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

>            */s/ Peter Klivans*
>            Peter Klivans

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

(1) The Pretrial Conference shall be on May 24, 2016;

(2) The Parties shall carry out pretrial submissions as set forth in the March 24, 2016 Stipulation Regarding Pretrial Conference and Pretrial Deadlines.

DATED:  March 25, 2016

_____
The Honorable Haywood S Gilliam, Jr.
United States District Judge