PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Counsel for Plaintiff*
FINJAN, INC.

JENNIFER A KASH (Bar No. 203679)
jenniferkash@quinnemanuel.com
SEAN PAK (Bar No. 219032)
seanpak@quinnemanuel.com
IMAN LORDGOOEI (Bar No. 251320)
imanlordgooei@quinnemanuel.com
SAM STAKE (Bar No. 257916)
samstake@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendants*
PROOFPOINT, INC. and ARMORIZE
TECHNOLOGIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> PROOFPOINT, INC. and ARMORIZE TECHNOLOGIES, INC., <br><br> Defendants. | Case No.: 13-CV-05808-HSG <br><br> **STIPULATION AND ORDER REGARDING OPENING *DAUBERT* MOTIONS** <br><br> Trial Date:      June 13, 2016 |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Finjan, Inc. ("Plaintiff") and Defendants Proofpoint, Inc. and Armorize Technologies, Inc. ("Defendants," collectively with Plaintiff, "the Parties"), by and through their respective counsel, have met and conferred in an effort to agree upon a modified schedule for certain pretrial deadlines:

WHEREAS, the trial in this matter is currently scheduled for June 13, 2016;

WHEREAS, the Pre-trial Conference in this matter is currently scheduled for May 24, 2016;

WHEREAS, opening *Daubert* motions are currently due on April 15, 2016;

WHEREAS, the parties have made substantial effort to work together in good faith to stipulate to narrow the potential issues in dispute by extending the deadline for opening *Daubert* motions by a week, without altering any other pretrial deadlines or the trial date;

WHEREAS, on April 12, 2016 the Court issued an Order Granting in Part and Denying in Part Motions for Summary Judgment (Dkt. 247);

WHEREAS, on April 13, 2016 Defendants supplemented certain financial data previously produced to Plaintiff ("supplemented financial data");

WHEREAS, the Parties have agreed that Plaintiff will serve a supplemental Expert Report of Dr. Anne Layne-Farrar by Monday, April 18, 2016 to solely update the financial data in the attached Schedules to reflect the supplemented financial data and the Court's Order of April 12, 2016;

WHEREAS, the Parties have agreed that in response Defendants will serve a supplemental Rebuttal Expert Report of Lance Gunderson by Wednesday, April 20, 2016 solely to update the financial data in the attached Schedules to reflect the supplemented financial data and the Court's Order of April 12, 2016 and to respond to Dr. Layne-Farrar's supplemental schedules;

WHEREAS, the Parties have agreed that each side may thereafter file a single *Daubert* opening brief of up to 25 pages, but nothing in this stipulation precludes either side from seeking leave to file an opening brief with additional pages upon a showing of good cause;

WHEREAS, the Parties respectfully request the Court re-schedule the following pre-trial deadlines:

| Original Deadline | Stipulated Proposed New Deadline | Event |
|---|---|---|
| April 15, 2016 | April 22, 2016 | Opening *Daubert* Motions due |

NOW THEREFORE, the Parties hereby stipulate to and respectfully request certain pretrial submissions deadlines be set as stipulated and proposed in the table above.

**IT IS SO STIPULATED.**

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated:  April 14, 2016 | By: */s/ James Hannah* |
|   |  | Paul J. Andre (SBN 196585) |
| 3 |  | Lisa Kobialka (SBN 191404) |
|   |  | James Hannah (SBN 237978) |
| 4 |  | KRAMER LEVIN NAFTALIS |
|   |  |   & FRANKEL LLP |
| 5 |  | 990 Marsh Road |
|   |  | Menlo Park, CA  94025 |
| 6 |  | Telephone:  (650) 752-1700 |
| 7 |  | Facsimile:   (650) 752-1800 |
|   |  | pandre@kramerlevin.com |
| 8 |  | lkobialka@kramerlevin.com |
|   |  | jhannah@kramerlevin.com |

Dated: April 14, 2016  By: */s/ Jennifer A. Kash*

*Counsel for Plaintiff*
FINJAN, INC.

Respectfully submitted,

Dated:  April 14, 2016   By: */s/ Jennifer A. Kash*
Jennifer A Kash (Bar No. 203679)
Sean Pak (Bar No. 219032)
Iman Lordgooei (Bar No. 251320)
Sam Stake (Bar No. 257916)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
jenniferkash@quinnemanuel.com
seanpak@quinnemanuel.com
imanlordgooei@quinnemanuel.com
samstake@quinnemanuel.com
*Counsel for Defendants*
PROOFPOINT, INC. and ARMORIZE
TECHNOLOGIES, INC.

3

STIPULATION AND [PROPOSED] ORDER REGARDING         Case No.: 13-CV-05808-HSG
OPENING DAUBERT MOTIONS

**ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                         */s/ Peter Klivans*
                           Peter Klivans

4

STIPULATION AND [PROPOSED] ORDER REGARDING OPENING DAUBERT MOTIONS     Case No.: 13-CV-05808-HSG

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

    The Parties shall brief *Daubert* motions as set forth in the April 14, 2016 Stipulation Regarding Opening *Daubert* Motions.

DATED: April 14, 2016

                                          The Honorable Haywood S Gilliam, Jr.
                                          United States District Judge