UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>        Plaintiff,<br><br>  vs.<br><br>PROOFPOINT, INC. AND ARMORIZE TECHNOLOGIES, INC.,<br><br>        Defendants. | Case No. 3:13-CV-05808-HSG<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

Before the Court is Plaintiff and Counterclaim Defendants Proofpoint, Inc. and Armorize Technologies, Inc.'s ("Proofpoint") Administrative Motion to Remove Incorrectly Filed Documents. Proofpoint has moved for the Court to remove incorrectly filed Docket No. 370 and Docket No. 372.

Having considered Proofpoint's motion and supporting evidence, and it appearing to the Court that good cause exists for the granting of the motion, Proofpoint's motion is hereby GRANTED.

IT IS SO ORDERED.

Dated: May 2, 2016

                                              HON. HAYWOOD S. GILLIAM, JR.
                                              United States District Court Judge