PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Counsel for Plaintiff*
FINJAN, INC.

JENNIFER A KASH (Bar No. 203679)
jenniferkash@quinnemanuel.com
SEAN PAK (Bar No. 219032)
seanpak@quinnemanuel.com
IMAN LORDGOOEI (Bar No. 251320)
imanlordgooei@quinnemanuel.com
SAM STAKE (Bar No. 257916)
samstake@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendants*
PROOFPOINT, INC. and ARMORIZE
TECHNOLOGIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>PROOFPOINT, INC. and ARMORIZE TECHNOLOGIES, INC.,<br><br>           Defendants. | Case No.: 13-CV-05808-HSG<br><br>**STIPULATION AND ORDER REGARDING OPPOSITIONS TO MOTIONS *IN LIMINE***<br><br>Trial Date:      June 13, 2016 |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Finjan, Inc. ("Plaintiff") and Defendants Proofpoint, Inc. and Armorize Technologies, Inc. ("Defendants," collectively with Plaintiff, "the Parties"), by and through their respective counsel, have met and conferred in an effort to agree upon a modified schedule for Oppositions to Motions *in Limine*:

WHEREAS, the trial in this matter is currently scheduled for June 13, 2016;

WHEREAS, the Pre-Trial Conference in this matter is currently scheduled for May 24, 2016;

WHEREAS, Opposition to Motions *in Limine* are currently due on May 5, 2016;

WHEREAS, the Parties participated in a settlement conference before Magistrate Judge Cousins on May 5, 2016 (Dkt. 348) that lasted for much of the day;

WHEREAS, the Parties have agreed to a limited, one-day extension for the Oppositions to Motions *In Limine*;

WHEREAS, the Parties respectfully request the Court re-schedule the following deadline:

| Original Deadline | Stipulated Proposed New Deadline | Event |
|---|---|---|
| May 5, 2016 | May 6, 2016 | Oppositions to Motions *in Limine* |

NOW THEREFORE, the Parties hereby stipulate to and respectfully request the deadline for Oppositions to Motions *in Limine* be set as stipulated and proposed in the table above.

**IT IS SO STIPULATED.**

1

STIPULATION AND [PROPOSED] ORDER REGARDING   Case No.: 13-CV-05808-HSG
OPPOSITIONS TO MOTIONS *IN LIMINE*

|   |                          |                                                                 |
|---|--------------------------|-----------------------------------------------------------------|
| 1 |                          | Respectfully submitted,                                         |
| 2 | Dated:  May 5, 2016      | By: */s/ James Hannah*                                          |

Paul J. Andre (SBN 196585)
Lisa Kobialka (SBN 191404)
James Hannah (SBN 237978)
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

*Counsel for Plaintiff*
FINJAN, INC.

Respectfully submitted,

Dated:  May 5, 2016                By: */s/ Jennifer A. Kash*

Jennifer A Kash (Bar No. 203679)
Sean Pak (Bar No. 219032)
Iman Lordgooei (Bar No. 251320)
Sam Stake (Bar No. 257916)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
jenniferkash@quinnemanuel.com
seanpak@quinnemanuel.com
imanlordgooei@quinnemanuel.com
samstake@quinnemanuel.com
*Counsel for Defendants*
PROOFPOINT, INC. and ARMORIZE
TECHNOLOGIES, INC.

2

STIPULATION AND [PROPOSED] ORDER REGARDING            Case No.: 13-CV-05808-HSG
OPPOSITIONS TO MOTIONS *IN LIMINE*

**ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

>            */s/ Peter Klivans*
>                Peter Klivans

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Parties shall brief Oppositions to *Motions in Limine* as set forth in the May 5, 2016 Stipulation Regarding Oppositions to *Motions in Limine*.

DATED: May 6, 2016

                                  The Honorable Haywood S. Gilliam, Jr.
                                  United States District Judge