UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PROOFPOINT, INC. AND ARMORIZE TECHNOLOGIES, INC.,<br><br>　　　　Defendants. | Case No. 3:13-CV-05808-HSG<br><br>[PROPOSED] ORDER GRANTING PROOFPOINT, INC. AND ARMORIZE TECHNOLOGIES, INC.'S MOTION FOR 12 HOUR EXTENSION OF DEADLINE TO FILE REPLIES IN SUPPORT OF *DAUBERT* MOTIONS |

　　　　Defendants Proofpoint, Inc. and Armorize Technologies, Inc. (collectively "Defendants") have filed a Motion for 12 Hour Extension of Deadline to File Replies in Support of *Daubert* Motions.

　　　　Having considered the Motion, and good cause having been shown, the Court GRANTS Defendants' Motion and ORDERS that the deadline for filing replies in support of *Daubert* motions is extended from May 10, 2016 to May 11, 2016 at noon.

　　　　IT IS SO ORDERED.

Dated: _____May 10, 2016

　　　　　　　　　　　　　　　　/s/ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　HON. HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　United States District Court Judge