PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
HANNAH LEE (State Bar No. 253197)
hlee@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> PROOFPOINT, INC., and ARMORIZE TECHNOLOGIES, INC., <br><br> Defendants. | Case No.: 13-cv-05808-HSG <br><br> **ORDER GRANTING PLAINTIFF FINJAN, INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

[PROPOSED] ORDER GRANTING FINJAN'S ADMINISTRATIVE   Case No. 13-cv-05808-HSG
MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS

1  Plaintiff Finjan, Inc.'s ("Finjan") Administrative Motion to Remove Incorrectly Filed
2  Documents which was brought before this Court.  Finjan has moved for the court to remove
3  incorrectly filed Docket No. 424.

4  Having considered Finjan's motion and supporting evidence, and it appearing to the Court that
5  good cause exists for the granting of the motion, Finjan's motion is hereby GRANTED.

6  IT IS SO ORDERED.

8  DATED:  May 11, 2016

*/s/ Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge

---

[PROPOSED] ORDER GRANTING FINJAN'S ADMINISTRATIVE       Case No. 13-cv-05808-HSG
MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS

1