PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Counsel for Plaintiff*
FINJAN, INC.

JENNIFER A KASH (Bar No. 203679)
jenniferkash@quinnemanuel.com
SEAN PAK (Bar No. 219032)
seanpak@quinnemanuel.com
IMAN LORDGOOEI (Bar No. 251320)
imanlordgooei@quinnemanuel.com
SAM STAKE (Bar No. 257916)
samstake@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendants*
PROOFPOINT, INC. and ARMORIZE
TECHNOLOGIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>PROOFPOINT, INC. and ARMORIZE TECHNOLOGIES, INC.,<br><br>                Defendants. | Case No.: 13-CV-05808-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REPLIES IN SUPPORT OF *DAUBERT* MOTIONS**<br><br>Trial Date:      June 13, 2016 |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Finjan, Inc. ("Plaintiff") and Defendants Proofpoint, Inc. and Armorize Technologies, Inc. ("Defendants," collectively with Plaintiff, "the Parties"), by and through their respective counsel, have met and conferred in an effort to agree upon a modified schedule for Replies in support of *Daubert* Motions :

WHEREAS, the trial in this matter is currently scheduled for June 13, 2016;

WHEREAS, the Pre-Trial Conference in this matter is currently scheduled for May 24, 2016;

WHEREAS, Replies in support of *Daubert* Motions are currently due on May 11, 2016 at noon;

WHEREAS, the Parties have agreed to a limited extension for the Replies in support of *Daubert* Motions to May 11, 2016 at 5:00 p.m. as an accommodation to Defendants;

WHEREAS, the Parties respectfully request the Court re-schedule the following deadline:

| Original Deadline | Stipulated Proposed New Deadline | Event |
|---|---|---|
| May 11, 2016 at noon | May 11, 2016 at 5:00 p.m. | Replies in support of *Daubert* Motions |

NOW THEREFORE, the Parties hereby stipulate to and respectfully request the deadline for Replies in support of *Daubert* Motions be set as stipulated and proposed in the table above.

**IT IS SO STIPULATED.**

1

---

STIPULATION AND [PROPOSED] ORDER REGARDING          Case No.: 13-CV-05808-HSG
REPLIES IN SUPPORT OF *DAUBERT* MOTIONS

| | |
|---|---|
| | Respectfully submitted, |
| Dated: May 11, 2016 | By: */s/ Hannah Lee* <br> Paul J. Andre (SBN 196585) <br> Lisa Kobialka (SBN 191404) <br> James Hannah (SBN 237978) <br> KRAMER LEVIN NAFTALIS <br>   & FRANKEL LLP <br> 990 Marsh Road <br> Menlo Park, CA  94025 <br> Telephone:  (650) 752-1700 <br> Facsimile:   (650) 752-1800 <br> pandre@kramerlevin.com <br> lkobialka@kramerlevin.com <br> jhannah@kramerlevin.com <br> <br> *Counsel for Plaintiff* <br> FINJAN, INC. |
| | Respectfully submitted, |
| Dated: May 11, 2016 | By: */s/ Jennifer Kash* <br> Jennifer A Kash (Bar No. 203679) <br> Sean Pak (Bar No. 219032) <br> Iman Lordgooei (Bar No. 251320) <br> Sam Stake (Bar No. 257916) <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 50 California Street, 22nd Floor <br> San Francisco, California 94111-4788 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 <br> jenniferkash@quinnemanuel.com <br> seanpak@quinnemanuel.com <br> imanlordgooei@quinnemanuel.com <br> samstake@quinnemanuel.com <br> *Counsel for Defendants* <br> PROOFPOINT, INC. and ARMORIZE TECHNOLOGIES, INC. |

**ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                    */s/ Peter Klivans*
                    Peter Klivans

3

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Parties shall brief Replies in support of *Daubert* Motions as set forth in the May 11, 2016 Stipulation Regarding Replies in support of *Daubert* Motions .

DATED:  May 12, 2016

*[signature: Haywood S. Gilliam Jr.]*
The Honorable Haywood S Gilliam, Jr.
United States District Judge

4

STIPULATION AND [PROPOSED] ORDER REGARDING REPLIES IN SUPPORT OF *DAUBERT* MOTIONS

Case No.: 13-CV-05808-HSG