UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

        Plaintiff,

    v.

PROOFPOINT, INC., et al.,

        Defendants.

Case No. 13-cv-05808-HSG

**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION VACATING DATES**

Re: Dkt. No. 464

The Court has reviewed the parties' stipulation requesting that all dates in this action, including the pretrial conference and trial dates, be vacated in light of the parties' "agreement in principle to settle" the case. Dkt. No. 464. The Court appreciates the parties' efforts to reach a negotiated resolution of the case, and their prompt notification of the Court regarding the settlement in principle. The parties do not need to submit any further briefs in this matter, and any pending filing deadlines are vacated. However, until a notice of dismissal is filed, the trial and pretrial conference dates remain as scheduled. The Court urges the parties to make every effort to finalize the settlement and enter a notice of dismissal before the May 31, 2016 pretrial conference.

**IT IS SO ORDERED.**

Dated: 5/23/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge