PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Counsel for Plaintiff*
FINJAN, INC.

JENNIFER A KASH (Bar No. 203679)
jenniferkash@quinnemanuel.com
SEAN PAK (Bar No. 219032)
seanpak@quinnemanuel.com
IMAN LORDGOOEI (Bar No. 251320)
imanlordgooei@quinnemanuel.com
SAM STAKE (Bar No. 257916)
samstake@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendants*
PROOFPOINT, INC. and ARMORIZE
TECHNOLOGIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>PROOFPOINT, INC. and ARMORIZE TECHNOLOGIES, INC.,<br><br>　　　　　Defendants. | Case No.: 3:13-CV-05808-HSG<br><br>**JOINT NOTICE AND STIPULATION WITH ORDER** |

Pursuant to the Court's request at the May 31, 2016 telephonic status conference, Plaintiff Finjan, Inc. ("Finjan") and Defendants Proofpoint, Inc. and Armorize Technologies, Inc. ("Defendants") (referred to collectively as "the Parties"), hereby notify the Court that they have met and conferred and jointly request a telephone status conference on June 3, 2016 at 11:00 a.m. to provide an update to the Court on the progress of the final agreement and joint dismissal.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED, by and between Finjan and Defendants through their respective undersigned counsel of record, pursuant to Civil L.R. 7-12 and subject to approval of the Court, that:

WHEREAS, the Parties have entered into a written and signed, binding agreement in principle to settle the dispute at issue in this action;

WHEREAS, the Parties are continuing to work on finalizing a long-form patent license, settlement and release agreement; and

WHEREAS, the Court has vacated the Final Pretrial Conference and Trial is set to commence on June 13, 2016.

NOW THEREFORE, to avoid unnecessary burden and expense to the Parties and the Court, and to allow the Parties to continue working toward dismissing this action, the Parties stipulate to and respectfully request that a telephonic status conference be held on June 3, 2016 at 11:00 a.m.

**IT IS SO STIPULATED.**

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated:  June 2, 2016 | By: */s/ Paul J. Andre* |
| 3 |   | Paul J. Andre (SBN 196585) |
|   |   | Lisa Kobialka (SBN 191404) |
| 4 |   | James Hannah (SBN 237978) |
|   |   | KRAMER LEVIN NAFTALIS |
| 5 |   |   & FRANKEL LLP |
|   |   | 990 Marsh Road |
| 6 |   | Menlo Park, CA  94025 |
|   |   | Telephone:  (650) 752-1700 |
| 7 |   | Facsimile:   (650) 752-1800 |
|   |   | pandre@kramerlevin.com |
| 8 |   | lkobialka@kramerlevin.com |
|   |   | jhannah@kramerlevin.com |
| 9 |   |   |

*Counsel for Plaintiff*
FINJAN, INC.

Dated:  June 2, 2016   By: */s/ Jennifer A. Kash*
Jennifer A Kash (Bar No. 203679)
Sean Pak (Bar No. 219032)
Iman Lordgooei (Bar No. 251320)
Sam Stake (Bar No. 257916)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
jenniferkash@quinnemanuel.com
seanpak@quinnemanuel.com
imanlordgooei@quinnemanuel.com
samstake@quinnemanuel.com

*Counsel for Defendants*
PROOFPOINT, INC. and ARMORIZE
TECHNOLOGIES, INC.

2

**ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                    */s/ Paul Andre*
                    Paul Andre

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  June 2, 2016

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge

1