PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Counsel for Plaintiff*
FINJAN, INC.

JENNIFER A KASH (Bar No. 203679)
jenniferkash@quinnemanuel.com
SEAN PAK (Bar No. 219032)
seanpak@quinnemanuel.com
IMAN LORDGOOEI (Bar No. 251320)
imanlordgooei@quinnemanuel.com
SAM STAKE (Bar No. 257916)
samstake@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendants*
PROOFPOINT, INC. and ARMORIZE
TECHNOLOGIES, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>PROOFPOINT, INC. and ARMORIZE TECHNOLOGIES, INC.,<br><br>          Defendants. | Case No.:  13-cv-05808-HSG<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Finjan, Inc., and Defendants Proofpoint, Inc. and Armorize Technologies, Inc., by and through their respective undersigned counsel, that pursuant to a confidential settlement agreement, all claims in the above-captioned action may be dismissed with prejudice according to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

Dated:  June 7, 2016

By: */s/ Paul Andre*
Paul J. Andre (SBN 196585)
Lisa Kobialka (SBN 191404)
James Hannah (SBN 237978)
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

*Counsel for Plaintiff*
FINJAN, INC.

Dated:  June 7, 2016

By: */s/ Jennifer Kash*
Jennifer A Kash (Bar No. 203679)
Sean Pak (Bar No. 219032)
Iman Lordgooei (Bar No. 251320)
Sam Stake (Bar No. 257916)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
jenniferkash@quinnemanuel.com
seanpak@quinnemanuel.com
imanlordgooei@quinnemanuel.com

1

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

CASE NO.13-CV-05808-HSG

samstake@quinnemanuel.com

*Counsel for Defendants*
PROOFPOINT, INC. and ARMORIZE TECHNOLOGIES, INC.

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this documents has been obtained from any other signatory to this documents.

By: */s/ Paul Andre*
Paul Andre

**IT IS SO ORDERED.**

DATED: June 7, 2016

_____
Hon. Haywood S. Gilliam, Jr.